NOT RECOMMENDED FOR PUBLICATION
File Name: 21a0193n.06

Case No. 19-4268

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 15, 2021
DEBORAH S. HUNT, Clerk

JAHMIR CHRISTOPHER FRANK,          )
                                   )
    Plaintiff-Appellant,           )
                                   )
v.                                 )
                                   )
GOOD SAMARITAN HOSPITAL OF         )
CINCINNATI, LLC,                   )
                                   )
    Defendant-Appellee.            )
                                   )

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

**O P I N I O N**

BEFORE: ROGERS, BUSH, and LARSEN, Circuit Judges.

PER CURIAM. The district court dismissed Jahmir Frank's suit for negligent destruction of medical records after Frank failed to make any argument that Ohio recognizes such a tort. His brief before us is similarly "devoid of any legal argument" in that regard. *Cooper v. Commercial Sav. Bank*, 591 F. App'x 508, 509 (6th Cir. 2015). The striking legal emptiness of his brief means that he abandoned the argument and forfeited his appeal. *Id.* Accordingly, we affirm.